IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEITH STANSELL,  
MARC GONSALVES,  
THOMAS HOWES,  
JUDITH G. JANIS,  
CHRISTOPHER T. JANIS,  
GREER C. JANIS,  
MICHAEL I. JANIS,  
JONATHAN N. JANIS,  

      Plaintiffs,  
vs.  

REPUBLIC OF CUBA,  

      Defendant.  
_____/

CASE NO.: 1:15-cv-1519

## SUMMONS IN A CIVIL CASE

TO:    Bruno Eduardo Rodríguez Parrilla  
        Minister of Foreign Affairs, Republic of Cuba  
        Calle G, No. 360, Vedado. Plaza de la Revolución, La Habana, Cuba  
        Teléfono: (537) 836 4500

A lawsuit has been filed against you.  Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Newt Porter, Esq., or Tony Korvick, Esq., PORTER & KORVICK, P. A.  
      9655 S. Dixie Highway, Suite 208, Miami, Florida 33156   (305) 373-5040

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You must also file your answer or motion with the Court.

DATED ON_____, 2015.        ANGELA D. CAESAR  
                                                Clerk of the Court

                                                  By_____  
                                                        As Deputy Clerk