P & K

# PORTER & KORVICK

September 18, 2015         T R I A L   L A W Y E R S

VIA FEDERAL EXPRESS

Angela Caesar, Clerk of Court
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001
(202) 354-3000

Re:    Keith Stansell et al v. Republic of Cuba, Case No. 1:15-cv-1519
       Request for Foreign Nation DHL Service of Process under 28 USC §1608(a)(3)

Dear Sir or Madam:

Plaintiffs' undersigned counsel represent that service cannot be made on the Defendant, Republic of Cuba, under 28 U.S.C. §1608(a)(1) or (a)(2) because there is no "special arrangement for service between the plaintiff and the foreign state" and Cuba is not a party to an "applicable international convention on service of judicial documents."

Accordingly, Plaintiffs have filed an Affidavit Requesting Foreign Mailing to effect service of the summons, complaint and notice of suit (with Spanish translations, the official language of Republic of Cuba), under 28 U.S.C. §1608(a)(3) and 22 C.F.R. §93.2 via DHL service to the ministry of foreign affairs of the Republic of Cuba.

Pursuant to this Court's published procedures for Service of Process on a Foreign Defendant under 28 U.S.C. §1608(a)(3), Plaintiffs hereby submit the following documents:

- One (1) copy of the Affidavit Requesting Foreign Mailing;
- One (1) copy of the Notice of Electronic Filing;
- One (1) copy of the Summons and Complaint with certified Spanish translations thereof;
- One (1) copy of the Notice of Suit with certified Spanish translation, with a copy of the Foreign Sovereign Immunities Act, 28 USC §§1602-1611;
- One (1) DHL document envelope;
- One (1) DHL International Shipment Waybill.

Please notify the undersigned if the Clerk requires anything further to process this request.

Respectfully,

NEWT PORTER
Enclosures

TONY KORVICK

REC'D ?
Mail Room

SEP 2 1 2015

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

PORTER & KORVICK, P.A.
PINECREST PROFESSIONAL BUILDING • 9655 SOUTH DIXIE HIGHWAY, SUITE 208 • MIAMI, FL 33156
TELEPHONE (305) 373-5040 • TOLL FREE 1-888-373-5040 • TELEFAX (305) 668-9154
NPORTER@PORTERANDKORVICK.COM • TKORVICK@PORTERANDKORVICK.COM