

English          Contact Center          Country Profile          DHL Global

## Track DHL Express Shipments

Here's the fastest way to check the status of your shipment. No need to call Customer Service – our online results give you real-time, detailed progress as your shipment speeds through the DHL network.



LIVE CERTIFIED INTERNATIONAL SPECIALISTS ARE STANDING BY
> Chat Now

### Result Summary

**Waybill: 6652247685**
**Signed for by: DAIMI**
**Get Signature Proof of Delivery**

**Tuesday, October 06, 2015 at 12:01 PM**
**Origin Service Area:**
  WASHINGTON - RONALD REAGAN NATIONAL, DC - WASHINGTON - USA
**Destination Service Area:**
  HAVANA - HAVANA - CUBA

1 Pieces

| | | Location | Time | Pieces |
|---|---|---|---|---|
| **Tuesday, October 06, 2015** | | **Location** | **Time** | **Pieces** |
| 16 | Delivered - Signed for by : DAIMI | HAVANA | 12:01 PM | 1 Pieces |
| 15 | With delivery courier | HAVANA - CUBA | 9:43 AM | 1 Pieces |
| 14 | Arrived at Delivery Facility in HAVANA - CUBA | HAVANA - CUBA | 8:18 AM | 1 Pieces |
| **Tuesday, September 29, 2015** | | **Location** | **Time** | **Pieces** |
| 13 | Departed Facility in MEXICO CITY - MEXICO | MEXICO CITY - MEXICO | 10:09 PM | 1 Pieces |
| 12 | Arrived at Sort Facility MEXICO CITY HUB - MEXICO | MEXICO CITY HUB - MEXICO | 6:31 PM | 1 Pieces |
| 11 | Processed at MEXICO CITY - MEXICO | MEXICO CITY - MEXICO | 2:10 PM | 1 Pieces |
| 10 | Arrived at Sort Facility MEXICO CITY - MEXICO | MEXICO CITY - MEXICO | 12:33 PM | 1 Pieces |
| 9 | Departed Facility in CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 5:42 AM | 1 Pieces |
| 8 | Processed at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 5:42 AM | 1 Pieces |
| **Saturday, September 26, 2015** | | **Location** | **Time** | **Pieces** |
| 7 | Clearance processing complete at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 12:35 AM | 1 Pieces |
| **Friday, September 25, 2015** | | **Location** | **Time** | **Pieces** |
| 6 | Shipment on hold | CINCINNATI HUB, OH - USA | 5:44 AM | 1 Pieces |
| **Thursday, September 24, 2015** | | **Location** | **Time** | **Pieces** |
| 5 | Shipment on hold | CINCINNATI HUB, OH - USA | 5:35 AM | 1 Pieces |
| 4 | Arrived at Sort Facility CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 1:50 AM | 1 Pieces |
| **Wednesday, September 23, 2015** | | **Location** | **Time** | **Pieces** |
| 3 | Departed Facility in WASHINGTON - RONALD REAGAN NATIONAL - USA | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 9:34 PM | 1 Pieces |
| 2 | Processed at WASHINGTON - RONALD REAGAN NATIONAL - USA | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 9:29 PM | 1 Pieces |
| **Friday, September 25, 2015** | | **Location** | **Time** | **Pieces** |
| 1 | Shipment information received | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 6:26 AM | 1 Pieces |

### Shipment Details...

| From | To | Shipment Information |
|---|---|---|
| U.S. DISTRICT COURT<br>Washington , DC 20001<br>United States of America | Havana , Cuba | Ship Date: 09/25/2015<br>Pieces: 1<br>Total Weight: 1.0 lbs<br>Ship Type: Document          Note on Weight<br>Shipment Reference: DDC CASE NO. 1:15-CV-1519<br>Service: EXPRESS WORLDWIDE doc<br>Description: LEGAL DOCUMENTS (INFORMATION M |

If you would prefer to speak to someone personally about the location of your shipment, please   contact  DHL Express Customer Service.

Learn how to recognize and protect yourself from fraudulent use of DHL brand.   View our Fraud Prevention Tips
  **Terms & Conditions**
  **Tracking FAQs**

Deutsche Post DHL Group

EXCELLENCE. SIMPLY DELIVERED. 

07 October 2015

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 6652247685.

Thank you for choosing DHL Express.

www.dhl.com

**Your shipment 6652247685 was delivered on 06 October 2015 at 12:01**

| | | | |
|---|---|---|---|
| **Signed** | DAIMI | **Destination Service Area** | HAVANA CUBA |
| **Signature** | | **Shipment Status** | Delivered |
| | | **Piece ID(s)** | JD014600002369374009 |

### Additional Shipment Details

| | | | |
|---|---|---|---|
| **Service** | EXPRESS WORLDWIDE doc | **Origin Service Area** | WASHINGTON - RONALD REAGAN NATIONAL UNITED STATES OF AMERICA |
| **Picked Up** | 25 September 2015 at 06:26 | **Shipper Reference** | DDC CASE NO. 1:15-CV-1519 |