IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEITH STANSELL,
MARC GONSALVES,
THOMAS HOWES,
JUDITH JANIS,
CHRISTOPHER JANIS,
MICHAEL JANIS,
GREER JANIS, and
JONATHAN JANIS,

CASE NO.: 1:15-cv-1519-APM

Judge Amit P. Mehta

    Plaintiffs,

vs.

REPUBLIC OF CUBA,

    Defendant.

_____/

## SUGGESTION OF DEATH AND
## UNOPPOSED MOTION TO SUBSTITUTE PROPER PARTY

    Plaintiff, JUDITH JANIS, as the mother and sole heir of Greer Janis, deceased, does hereby file this Suggestion of Death and Unopposed Motion to Substitute Proper Party pursuant to Fed. R. Civ. P 25(a)(1) and states:

    1.    Plaintiff, GREER JANIS, died on July 26, 2016 at the age of 42.  GREER JANIS died intestate, she was never married and had no children.  The Certificate of Death, issued Aug. 1, 2016, properly redacted for SSAN and DOB, is attached as **Exhibit 1**.

    2.    JUDITH JANIS, as GREER JANIS' surviving mother, and sole surviving parent, is the sole heir at law of GREER JANIS.

    3.    JUDITH JANIS has been appointed as Personal Representative of the Estate of Greer Janis. See Estate of Greer Janis, Arapahoe Combined Court, Arapahoe County Colorado, Case No.: 16PR30735, Letters of Administration, Aug. 2, 2016.  **Exhibit 2**.

4.     GREER JANIS died with a pending individual cause of action for her solatium damages under 28 U.S.C. §1605A as a result of the extrajudicial killing of her father TOM JANIS.  This individual cause of action survives GREER's death and passes by operation of intestate inheritance to her sole surviving heir, her mother JUDITH JANIS.

5.      At the time of TOM JANIS' death in 2003, GREER JANIS was a resident of Virginia.  TOM JANIS and JUDITH JANIS were at all times material residents of Alabama.  TOM JANIS' will was probated in Florida where JONATHAN JANIS was then residing.  GREER JANIS obtained her prior Anti-Terrorism Act judgment against the FARC in 2010 in the Middle District of Florida.  At the time of her death, GREER JANIS was residing in Colorado.

6.     The statutes governing survival of causes of action in Virginia, Alabama, Florida and Colorado all provide that GREER JANIS' cause of action is not extinguished, and survives her death, and may be maintained by the legal representative or executor of GREER JANIS' Estate for the benefit of her legal heir.  See Ala. Code 1975 § 6-5-462 ("In all proceedings not of an equitable nature, all claims upon which an action has been filed …, and all personal claims upon which an action has been filed, except for injuries to the reputation, survive in favor of and against personal representatives"); VA Code Ann. § 8.01-25 ("Every cause of action whether legal or equitable, which is cognizable in the Commonwealth of Virginia, shall survive … the death of the person in whose favor the cause of action existed"); Fla. Stat. §46.021 ("No cause of action dies with the person. All causes of action survive and may be commenced, prosecuted, and defended in the name of the person prescribed by law."); C.R.S.A. § 13-20-101. ("All causes of action, except actions for slander or libel, shall survive and may be brought or continued notwithstanding the death of the person in favor of or against whom such action has accrued").

7. Plaintiffs will rely on the sworn affidavit testimony of GREER JANIS [previously filed at DE 17-7] at the upcoming August 22, 2016 bench trial.

WHEREFORE Plaintiffs request entry of an Order substituting JUDITH JANIS, as Personal Representative and sole heir of the Estate of Greer Janis, as the proper party plaintiff for GREER JANIS, deceased, in this action.

Dated: August 4, 2016                                   Respectfully Submitted,

/s/ Tony P. Korvick_____
TONY P. KORVICK
NEWT PORTER
(DDC Bar No. FL 003)
tkorvick@porterandkorvick.com
PORTER & KORVICK, P.A.
9655 South Dixie Highway Suite 208
Miami, Florida 33156
Telephone:    (305) 373-5040
Facsimile:     (305) 668-9154
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 4, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I served the foregoing document and the notice of electronic filing by first class mail and electronic mail to the following persons: NONE

  s/Tony P. Korvick_____
TONY P. KORVICK (DDC Bar No. FL 003)
Attorneys for Plaintiffs
PORTER & KORVICK, P.A.
9655 South Dixie Highway Suite 208
Miami, Florida 33156
Telephone:    (305) 373-5040
Fax:              (305) 668-9154
tkorvick@porterandkorvick.com